Mesidor PLLC

YOUR EQUITABLE ADVANTAGE

August 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 8/20/2026

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York

Re: Washington v. Squarespace, Inc.
Case No.: 26-CV-5539

**MEMORANDUM ENDORSED**

Dear Judge Woods:

We represent the Plaintiff in the above-referenced matter. Following the commencement of this action, Plaintiff was advised by Defendant that there is an arbitration agreement governing all of the claims asserted in this case and, as such, Plaintiff is bound to pursue these claims in arbitration. Accordingly, Plaintiff respectfully requests that the Court stay this matter pending the outcome of arbitration.

Respectfully submitted,

Marjorie Mesidor

Application denied without prejudice. The defendant has not been served or appeared. The Court does not have a sufficient basis upon which to conclude that the matters involved in this action are referable to arbitration under an agreement. *See* 9 U.S.C. § 3. The only support for the application is an unsworn letter, which appears not to be based upon the author's personal knowledge. Therefore, the application is denied without prejudice. As the defendant has not answered, Plaintiff may dismiss the action without Court order pursuant to F.R.C.P. 41(a)(1)(A)(i).

SO ORDERED.

Dated: August 20, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

212-930-6010| WWW.MARJORIEMESIDOR.COM
30 STATION ROAD, SUITE 5, BELLPORT, NY 11713