Mesidor PLLC

YOUR EQUITABLE ADVANTAGE

August 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 8/21/2026

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York

**MEMORANDUM ENDORSED**

Re: Washington v. Squarespace, Inc.
Case No.: 26-CV-5539

Dear Judge Woods:

We represent the Plaintiff in the above-referenced action. We write to respectfully renew Plaintiff's request to stay this matter pending arbitration pursuant to 9 U.S.C. § 3.

In light of the Court's Order dated August 20, 2026 (Dkt. No. 8) regarding the evidentiary deficiencies in our initial application, we have enclosed a copy of Plaintiff's offer letter containing the arbitration clause. This letter, as counsel has verified with the Plaintiff, is executed by both parties. Paragraph 9 of the agreement contains a mandatory arbitration provision that governs the claims asserted in this action.

Plaintiff respectfully submits the letter to cure the defects and provide the Court with a sufficient basis to conclude that the matters involved in this action are referable to arbitration,

Accordingly, we request that the evidentiary record now be deemed sufficient to supports this application, and that a stay is appropriate under 9 U.S.C. § 3. See Katz v. Cellco P'ship, 794 F.3d 341 (2d Cir. 2015).

We thank the Court for its courteous correction, time and continued consideration of this matter.

Respectfully submitted,

Marjorie Mesidor

Application granted. This case is stayed pending the arbitration mandated by the employment contract between the parties. Plaintiff is ordered to submit a status letter by the earlier of November 20, 2026 and the termination of the arbitration.

The Clerk of Court is directed to note the entry of a stay on the Docket.

SO ORDERED.

Dated: August 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge